NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No.  2D19-1423
                                     )
TYRONE D. FISHER,                    )
                                     )
            Appellee.                )
_____)

Opinion filed September 2, 2020.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Ashley Moody, Attorney General,
Tallahassee, and William Stone, Jr.,
Assistant Attorney General, Tampa,
for Appellant.

Howard L. Dimmig, II, Public
Defender, and Steven L. Bolotin,
Assistant Public Defender, Bartow,
for Appellee.


PER CURIAM.


            Affirmed.


LaROSE, MORRIS, and ATKINSON, JJ., Concur.